■ In the Matter of SOLOMON ABRAHAMS, Petitioner, v JOHN P. DIBLASI, as Justice of the Supreme Court of the State of New York, et al., Respondents. [739 NYS2d 840] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the Supreme Court from continuing contempt proceedings in an action entitled *Caiola v AllCity Ins. Co.,* and a proceeding entitled *Matter of Parkside Ltd. Liab. Co.,* both pending in the Supreme Court, Westchester County, under Index Nos. 1333/96 and 8095/99, respectively.

Motion by the respondent John P. DiBlasi to dismiss the proceeding.

Ordered that the motion is granted; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. S. Miller, J.P., Krausman, Schmidt and Cozier, JJ., concur.